CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　FAX: (415) 436-7234
　　molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHIN REDDY RANABOTHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRANT INVESTOR PROGRAM, *et al.*,<br><br>　　　　　Defendants. | Case No. 5:26-cv-02331-EJD<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

On June 9, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendants' response as June 22, 2026. *See* Dkt. 12. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for July 1, 2026. The parties make this request because the parties have been meeting and conferring regarding Plaintiff's complaint and seek additional time to continue their discussions. Accordingly, they have agreed to extend the time for Defendants' response by ten days.

　　The parties further request a corresponding ten-day extension on the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Under the extended deadlines, the Defendant's motion for summary judgment will be due by August 31, 2026.

Dated: June 22, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 22, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal LLP
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 24, 2026

HON. EDWARD J. DAVILA
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-02331-EJD                          2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.    On June 9, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendants' response as June 22, 2026. *See* Dkt. 12.

3.    My office has been conferring with Plaintiff's counsel regarding this case, and the parties determined that they need an additional ten days to continue these discussions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 22, 2026

                                                                   */s/ Molly A. Friend*
                                                                   MOLLY A. FRIEND
                                                                   Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-02331-EJD                              3