CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHIN REDDY RANABOTHU,<br><br>          Plaintiff,<br><br>   v.<br><br>IMMIGRANT INVESTOR PROGRAM, *et al.*,<br><br>          Defendants. | Case No. 5:26-cv-02331-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

On July 1, 2026, Defendants filed a motion to dismiss Plaintiff's complaint, setting Plaintiff's response to Defendants' motion as due by July 15, 2026. *See* Dkt. 15. On July 15, 2026, Plaintiff filed a Notice of Intent to File Amended Complaint. *See* Dkt. 16. On July 21, 2026, Plaintiff filed a first amended complaint seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, which set Defendants' response to Plaintiff's amended complaint as due by August 4, 2026. *See* Dkt. No. 17. On July 24, 2026, United States Citizenship and Immigration Services approved Plaintiff's Form I-526E. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's amended complaint and set a due date for September 3, 2026.  The parties make this request because Plaintiff asked for additional time to determine how they would like to proceed. Accordingly, the parties have agreed to extend the time for Defendants' response to Plaintiff's amended complaint by thirty days.

Dated: August 4, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 4, 2026

/s/ Bernard P. Wolfsdorf
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal LLP
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   8/5/2026

HON. EDWARD J. DAVILA
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-02331-EJD                2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On July 1, 2026, Defendants filed a motion to dismiss Plaintiff's complaint, setting Plaintiff's response to Defendants motion as due by July 15, 2026. *See* Dkt. 15. On July 15, 2026, Plaintiff filed a Notice of Intent to File Amended Complaint. *See* Dkt. 16. On July 21, 2026, Plaintiff filed a first amended complaint seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, which set Defendants' response to Plaintiff's amended complaint as due by August 4, 2026. *See* Dkt. No. 17.

3.      My office has been conferring with Plaintiff's counsel regarding this case, and the parties agreed to extend Defendants' responsive deadline to Plaintiff's amended complaint by 30-days to allow Plaintiff time to determine how they would like to proceed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  August 4, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-02331-EJD                    3