BERNARD P. WOLFSDORF
WR Immigration
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4070
bernard@wolfsdorf.com
CA Bar No.: 107657

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHIN REDDY RANABOTHU,<br>Plaintiff,<br>v.<br>IMMIGRANT INVESTOR PROGRAM, *et al.*,<br>Defendants. | Case No. 5:26-cv-02331-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

On July 1, 2026, Defendants filed a motion to dismiss Plaintiff's complaint, setting Plaintiff's response to Defendants motion as due by July 15, 2026. *See* Dkt. 15. On July 15, 2026, Plaintiff filed a Notice of Intent to File Amended Complaint. *See* Dkt. 16. On July 21, 2026, Plaintiff filed a first amended complaint seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, which set Defendants' response to Plaintiff's amended complaint as due by August 4, 2026. *See* Dkt. No. 17. On July 24, 2026, United States Citizenship and Immigration Services approved Plaintiff's Form I-526E. On August 4, 2026, Plaintiff and Defendants stipulated to an extension of time, allowing Defendant's an additional 30 days to file their response to Plaintiff's amended complaint. This extension will expire on September 3, 2026. *See* Dkt. No. 18. As of September 1, 2026, Plaintiff and Defendants have conferred and now stipulate to and respectfully request the Court to grant an additional extension of time, not to exceed 60 days, for Defendants' response to Plaintiff's complaint and set a due date for November 3, 2026. The parties make this request because Plaintiff asked for additional time to determine how they would like to proceed, given that USCIS has recently issued a Request for Evidence

(RFE) in the Plaintiff's I-485 cases. Plaintiff acknowledges that this additional extension does not guarantee adjudication of the I-485 applications during this timeframe. Accordingly, the parties have agreed to extend the time for Defendants' response to Plaintiff's amended complaint by sixty days.

Dated: September 2, 2026

Respectfully submitted[1],

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal LLP
Attorney for Plaintiff

Dated: September 2, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 3, 2026

HON. EDWARD J. DAVILA
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF BERNARD P. WOLFSDORF**

I, Bernard P. Wolfsdorf, declare and state as follows:

1. I am counsel for the Plaintiff in the above-captioned action.

2. On July 1, 2026, Defendants filed a motion to dismiss Plaintiff's complaint, setting Plaintiff's response to Defendants motion as due by July 15, 2026. *See* Dkt. 15. On July 15, 2026, Plaintiff filed a Notice of Intent to File Amended Complaint. *See* Dkt. 16. On July 21, 2026, Plaintiff filed a first amended complaint seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, which set Defendants' response to Plaintiff's amended complaint as due by August 4, 2026. *See* Dkt. No. 17. On August 4, 2026, Plaintiff and Defendants stipulated to an extension of time, allowing Defendant's an additional 30 days to file their response to Plaintiff's amended complaint. This extension will expire on September 3, 2026. *See* Dkt. No. 18.

3. My office has been conferring with Defendant's counsel regarding this case, and the parties agreed to extend Defendants' responsive deadline to Plaintiff's amended complaint by an additional 60-days to allow Plaintiff time to determine how they'd like to proceed given the recently issued RFE in Plaintiff's I-485 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 2, 2026

/s/ Bernard P. Wolfsdorf
BERNARD P. WOLFSDORF
Counsel for Plaintiff