CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHIN REDDY RANABOTHU,<br>Plaintiff,<br>v.<br>IMMIGRANT INVESTOR PROGRAM, *et al.*,<br>Defendants. | Case No. 5:26-cv-02331-EJD<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT; ~~[PROPOSED]~~ ORDER** |

On September 3, 2026, The Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's First Amended Complaint (FAC), setting Defendants' response as due by November 3, 2026. *See* Dkt. No. 21. The parties conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiff's second amended complaint. The parties make this request because Plaintiff would like to amend their FAC to include a claim for Plaintiff's Form I-485, Application to Register Permanent Residence or to Adjust Status. The parties have agreed to the following schedule:

1. Plaintiff will file a second amended complaint by October 28, 2026.

2. Defendants will file their response to Plaintiff's second amended complaint by December 28, 2026.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiffs'

second amended complaint and Defendants' response.

Dated: October 23, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendants

Dated: October 23, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal LLP
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 26, 2026

HON. EDWARD J. DAVILA
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF KENNETH J. KAO**

I, Kenneth J. Kao, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On September 3, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's First Amended Complaint (FAC), setting Defendants' response as due by November 3, 2026. *See* Dkt. No. 21.

3. My office has been conferring with Plaintiff's counsel regarding this case and the parties agreed to a proposed schedule for the filing of Plaintiff's second amended complaint, so that Plaintiff may include a claim for Plaintiff's Form I-485, Application to Register Permanent Residence or to Adjust Status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 23, 2026

*/s/ Kenneth J. Kao*
Kenneth J. Kao
Assistant United States Attorney